IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| EARNIE B. FARR | § |
| | § |
| | § |
| v. | § CIVIL ACTION NO. G-10-205 |
| | § |
| | § |
| MICHAEL ASTRUE, COMMISSIONER | § |
| OF SOCIAL SECURITY ADMIN. | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith, this action is **REMANDED** to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

**THIS IS A FINAL JUDGMENT.**

DONE at Galveston, Texas, this ___30th___ day of November, 2012.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE